THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Vernin Green, Appellant.
 
 
 

Appeal From Colleton County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-570
 Submitted October 1, 2008  Filed October
14, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER
 CURIAM:  Vernin Green appeals his
 conviction and sentence for assault and battery of a high and aggravated
 nature.  Green contends the trial court erred by denying his directed verdict
 motion.  After a thorough review of the record, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Greens appeal
 and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.